UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Machine Systems Ltd., Inc.,

       Plaintiff,                                      Case No. 02-71673

v.                                                          Hon. Nancy G. Edmunds

Igus, Inc.,

       Defendant.
_____/

AMENDED ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Special Master's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Special Master's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment is DENIED, Defendant's motion for summary judgment is GRANTED, and the case is hereby DISMISSED.

       SO ORDERED.

                                               s/Nancy G. Edmunds
                                             Nancy G. Edmunds
                                             United States District Judge

Dated: May 15, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 15, 2006, by electronic and/or ordinary mail.

                                             s/Carol A. Hemeyer
                                             Case Manager